BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900




FEB 24 2012




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUSTIN WILSON,
MICHELLE TROUNG, and
BRANDON ROBERTS,

Defendants.

Case No. 2:12-CR-00049 KJM

Request For Unsealing of Indictment and [Proposed] Order

TO THE HONORABLE KENDALL J. NEMWAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On Thursday, February 9, 2012, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

2. The undersigned is informed and believes that defendants Dustin Wilson and Michelle Troung have been notified of the indictment by way of a summons that was prematurely served on defendant Troung, during which time a copy of the sealed indictment was left with Troung. Further, defendant Brandon Roberts is in custody on unrelated charges and is expected to be taken into federal custody soon.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: February 24, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
U.S. ATTORNEY

By: [signature]
TODD A. PICKLES
Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:12-CR-00049 KJM, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: February 24, 2012

[signature]
HON. KENDALL J. NEWMAN
United States Magistrate Judge