1  Michael E. Hansen [SBN 191737]
   Attorney at Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   BRANDON ROBERTS

5

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                 No. 2:12-CR-0049 TLN

11                    Plaintiff,             **STIPULATION AND ORDER TO
                                             CONTINUE STATUS CONFERENCE,
12    vs.                                    AND TO EXCLUDE TIME PURSUANT
                                             TO THE SPEEDY TRIAL ACT**
13 DUSTIN WILSON, et al.,

14                    Defendants.

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff;

18 Patrick Swillinger, attorney for defendant Dustin Wilson; Scott Cameron, attorney for

19 defendant Michelle Troung; and Michael Hansen, attorney for defendant Brandon Roberts, that

20 the previously-scheduled status conference date of July 11, 2013, be vacated and the matter set

21 for status conference on October 3, 2013, at 9:30 a.m.

22         This continuance is requested to allow counsel additional time to review discovery with

23 the defendants, to examine possible defenses and to continue investigating the facts of the case.

24 The discovery in this case numbers approximately 1,500 pages and involves conduct in

25 multiple jurisdictions.

26         The Government concurs with this request.

27         Further, the parties agree and stipulate the ends of justice served by the granting of such

28 a continuance outweigh the best interests of the public and the defendants in a speedy trial and

                                                    1

**Stipulation and Order to Continue Status Conference**

1  that time within which the trial of this case must be commenced under the Speedy Trial Act
2  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
3  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
4  stipulation, July 8, 2013, to and including October 3, 2013.

5  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6  IT IS SO STIPULATED.

7  Dated:  July 8, 2013                    Respectfully submitted,

8                                          /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
9                                          Attorney for Defendant
                                           BRANDON ROBERTS
10
   Dated:  July 8, 2013                    /s/ Michael E. Hansen for
11                                         PATRICK SWILLINGER
                                           Attorney for Defendant
12                                         DUSTIN WILSON

13 Dated:  July 8, 2013                    /s/ Michael E. Hansen for
                                           SCOTT CAMERON
14                                         Attorney for Defendant
                                           MICHELLE TROUNG
15
   Dated:  July 8, 2013                    BENJAMIN B. WAGNER
16                                         United States Attorney

17                                         By:  /s/ Michael E. Hansen for
                                           TODD PICKLES
18                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
19

20                                      **ORDER**

21  The Court, having received, read, and considered the stipulation of the parties, and
22  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
23  Based on the stipulation of the parties and the recitation of facts contained therein, the Court
24  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
25  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
26  specifically finds that the failure to grant a continuance in this case would deny defense
27  counsel to this stipulation reasonable time necessary for effective preparation, taking into
28  account the exercise of due diligence.  The Court finds that the ends of justice to be served by

**Stipulation and Order to Continue Status Conference**

granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 8, 2013, to and including October 3, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the July 11, 2013, status conference shall be continued until October 3, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: July 10, 2013

Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Status Conference**