BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN WILSON, and<br>MICHELLE TROUNG,<br><br>Defendants. | CASE NO. 2:12-CR-00049 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

The United States of America, by and through the undersigned Assistant United States Attorney, and defendants Dustin Wilson and Michelle Troung, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. By previous order, this matter was set for status on December 19, 2013.

2. By this stipulation, defendants now move to continue the status conference until March 27, 2014, and to exclude time between December 19, 2013, and March 27, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 1400 pages of discovery consisting of investigative reports and bank and financial records. All of this discovery has been produced directly to counsel.

b)      On October 11, 2013, the undersigned counsel for Michelle Troung substituted in as counsel of record.  Counsel for defendant Troung desires additional time to review discovery, to consult with his client and conduct research, and discuss potential resolution with his client.  Counsel for defendant Wilson needs additional time to review discovery and discuss potential resolution with his client.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The United States does not object to the continuance although it reserves the right to request a trial date be set at the next proposed hearing date.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2013 to March 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

IT IS SO STIPULATED.

Dated:  December 13, 2013                             BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     */s/ TODD A. PICKLES*
                                                     TODD A. PICKLES
                                                     Assistant United States Attorney


Dated:  December 13, 2013                             */s/ Todd A. Pickles for*
                                                     PATRICK SWILLINGER, ESQ.
                                                     Counsel for Defendant
                                                     Dustin Wilson


Dated:  December 13, 2013                             */s/ Todd A. Pickles for*
                                                     PAUL DENNISON, ESQ.
                                                     Counsel for Defendant
                                                     Michelle Troung


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of December, 2013

                                                     _____
                                                     Troy L. Nunley
                                                     United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER     3