BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DUSTIN WILSON, and MICHELLE TROUNG, | |
| Defendants. | |

**STIPULATION**

The United States of America, by and through the undersigned Assistant United States Attorney, and defendants Dustin Wilson and Michelle Troung, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. By previous order, this matter was set for status on March 27, 2014.

2. By this stipulation, defendants now move to continue the status conference until May 15, 2014, at 9:30 a.m., and to exclude time between March 27, 2014, and May 15, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 1400 pages of discovery consisting of investigative reports and bank and financial records. All

of this discovery has been produced directly to counsel.

   b) On October 11, 2013, the undersigned counsel for Michelle Troung substituted in as counsel of record.

   c) Counsel for defendants have been informed of a criminal investigation relating to alleged trafficking narcotics to the District of Hawaii by both defendants, and the parties anticipate discussions between defendants and the United States Attorney's Offices for this District and the District of Hawaii concerning new charges which may affect the current case.

   d) Counsel for defendants desire additional time to review discovery, to consult with their clients and conduct research, including with respect to the possibility of additional charges being brought, and to discuss potential resolution with their clients.

   e) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f) The United States does not object to the continuance although it reserves the right to request a trial date be set at the next proposed hearing date.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2014 to May 15, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

IT IS SO STIPULATED.

Dated:  March 25, 2014  
BENJAMIN B. WAGNER  
United States Attorney

*/s/ TODD A. PICKLES*  
TODD A. PICKLES  
Assistant United States Attorney

Dated:  March 25, 2014  
*/s/ Todd A. Pickles for*  
PATRICK SWILLINGER, ESQ.  
Counsel for Defendant  
Dustin Wilson

Dated:  March 25, 2014  
*/s/ Todd A. Pickles for*  
PAUL DENNISON, ESQ.  
Counsel for Defendant  
Michelle Troung

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of March, 2014.

Troy L. Nunley  
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3