BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DUSTIN WILSON, and MICHELLE TROUNG, | |
| Defendants. | |

**STIPULATION**

The United States of America, by and through the undersigned Assistant United States Attorney, and defendants Dustin Wilson and Michelle Troung, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. By previous order, this matter was set for status on July 31, 2014.

2. By this stipulation, defendants now move to continue the status conference until September 4, 2014, at 9:30 a.m., and to exclude time between July 31, 2014, and September 4, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 1400 pages of discovery consisting of investigative reports and bank and financial records. All

1 of this discovery has been produced directly to counsel.

2       b)      On October 11, 2013, the undersigned counsel for Michelle Troung substituted in
3 as counsel of record.

4       c)      Counsel for defendants have been informed of a criminal investigation relating to
5 alleged trafficking narcotics to the District of Hawaii by both defendants.  Defendant have been in and
6 continue participate in discussions with the United States Attorney's Offices for the District of Hawaii
7 concerning new charges.

8       d)      Counsel for defendants have requested plea agreements relating to the charges in
9 the indictment pending in this District.  The United States anticipates providing the agreements this
10 week or next.

11       e)      Counsel for defendants desire additional time to review discovery, to consult with
12 their clients and conduct research regarding the plea agreements and including with respect to the
13 possibility of additional charges being brought, and to discuss potential resolution with their clients.

14       f)      Counsel for defendants believe that failure to grant the above-requested
15 continuance would deny counsel the reasonable time necessary for effective preparation, taking into
16 account the exercise of due diligence.

17       g)      The United States does not object to the continuance although it reserves the right
18 to request a trial date be set at the next proposed hearing date.

19       h)      Based on the above-stated findings, the ends of justice served by continuing the
20 case as requested outweigh the interest of the public and the defendant in a trial within the original date
21 prescribed by the Speedy Trial Act.

22       i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
23 et seq., within which trial must commence, the time period of July 31, 2014 to September 4, 2014,
24 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
25 results from a continuance granted by the Court at defendants' request on the basis of the Court's
26 finding that the ends of justice served by taking such action outweigh the best interest of the public and
27 the defendant in a speedy trial.

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER     2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 28, 2014				BENJAMIN B. WAGNER
						United States Attorney

						/s/ TODD A. PICKLES
						TODD A. PICKLES
						Assistant United States Attorney

Dated:  July 28, 2014				/s/ Todd A. Pickles for
						PATRICK SWILLINGER, ESQ.
						Counsel for Defendant
						Dustin Wilson

Dated:  July 28, 2014				/s/ Todd A. Pickles for
						PAUL DENNISON, ESQ.
						Counsel for Defendant
						Michelle Troung

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of July, 2014.

						_____
						Troy L. Nunley
						United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3