BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| v. | |
| DUSTIN WILSON, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through the undersigned Assistant United States Attorney, and defendant Dustin Wilson by and through his undersigned counsel of record, hereby agree and stipulate to the following:

1. By previous order, this matter was set for status on February 26, 2015.

2. By this stipulation, defendants now move to continue the status hearing until March 12, 2015 at 9:30 a.m. Time has already been excluded through the trial date of August 24, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Current counsel for Mr. Wilson was appointed on January 8, 2015.

   b) The government has represented that the discovery associated with this case

includes 1400 pages of discovery consisting of investigative reports and bank and financial records.  All of this discovery has been produced directly to Mr. Wilson's new counsel.

        c)      Counsel for Mr. Wilson has been informed of a criminal investigation relating to alleged trafficking narcotics to the District of Hawaii by Mr. Wilson.

        d)      Counsel for Mr. Wilson desires additional time to review discovery, to consult with his client and conduct research with respect to the possibility of additional charges being brought, and to discuss potential resolution with his client.

        e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 24, 2015                         BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          */s/ TODD A. PICKLES*
                                                          TODD A. PICKLES
                                                          Assistant United States Attorney

Dated:  February 24, 2015                         */s/ Todd A. Pickles for*
                                                          HAYES GABLE, ESQ.
                                                         Counsel for Defendant
                                                         Dustin Wilson

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of February, 2015.

_____
Troy L. Nunley
United States District Judge