McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 GEB |
|---|---|
| Plaintiff, | REQUEST TO CORRECT SENTENCING ERROR; FINDINGS AND ORDER |
| v. | |
| DUSTIN WILSON, | |
| Defendant. | |

## STIPULATION AND REQUEST

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 13, 2018, the parties appeared before the Court for a judgment and sentencing hearing. The Court orally pronounced a sentence of 130 months imprisonment on Count Two and Count Four to be served concurrently with each other, and that 60 months on Count Two was to be served concurrently with the sentence imposed in *United States v. Wilson*, CR-15-00484 DKW (D. Hawaii).

2. The parties had requested that all 130 months on Count Two and Count Four be served concurrently with the sentence imposed in *United States v. Wilson*, CR-15-00484 DKW (D. Hawaii), and the Court indicated that it was adopting the recommendation of the United States with respect to it's sentence. Following the hearing, the Probation Officer has informed the parties that the manner in

which the Court pronounced the sentence may result in the defendant serving 70 months on Count Two consecutive to that imposed in *United States v. Wilson*, CR-15-00484 DKW (D. Hawaii), which would appear contrary to the Court's intention.

    3.    By this stipulation, the parties jointly request that, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, the Court correct the sentence that resulted from the mathematical or clear error with respect to the amount of the term of imprisonment to be served concurrently with that imposed in *United States v. Wilson*, CR-15-00484 DKW (D. Hawaii). In particular, the parties request that the Court correct and amend its judgment to impose a sentence of 130 months imprisonment on Count Two and Count Four to be served concurrently with each other, and to be served concurrently with the sentence imposed in *United States v. Wilson*, CR-15-00484 DKW (D. Hawaii).

IT IS SO STIPULATED AND REQUESTED.

| Dated: July 19, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>Assistant United States Attorney |
| Dated: July 19, 2018 | */s/ Kelly Babineau (as authorized on 7/19/2018)*<br>KELLY BABINEAU<br>Counsel for Defendant<br>DUSTIN WILSON |

**FINDINGS AND ORDER**

Having read and considered the papers and being fully informed, the Court GRANTS the parties' joint request. Pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, the Court hereby corrects and amends it judgment as follows:

Pursuant to the Sentencing Reform Act of 1984, **IT IS THE JUDGMENT OF THE COURT** that the defendant, DUSTIN WILSON, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 130 months on each of Counts 2 and 4, to be served concurrently to each other, or a total term of 130 months, and to be served concurrently to the term imposed in the District of Hawaii, Docket No. 1:15-cr-00484-01. The rest of the judgment remains as previously stated and imposed.

IT IS SO FOUND AND ORDERED.

Dated: July 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge